1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

NOV 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
## UNITED STATES DISTRICT COURT

9
## CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )      NO.: 2:05-CR-01112-GHK-15
                                   )
12 |                               )
   |              Plaintiff,       )      ORDER    OF    DETENTION    AFTER
13 |                               )      sheARING
   |         v.                    )          [Fed.R.Crim.P. 32.1(a)(6);
14 |                               )              18 U.S.C. 3143(a)]
   | NGA TUYET NGUYEN,             )
15 |                               )
   |                               )
16 |              Defendant.        )
   |                               )
17 | _____)

18

19

20    The defendant having been arrested in this district pursuant to

21 a warrant issued by the United States District Court for the Central

22 District of California for alleged violation of the terms and

23 conditions of her supervised release; and

24    The Court having conducted a detention hearing pursuant to

25 Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

26    The Court finds that:

27 A.    (X)   The defendant has not met her burden of establishing by

28

1   clear and convincing evidence that she is not likely to flee if

2   released under 18 U.S.C. § 3142(b) or (c).  This finding is

3   based on:  her alleged failure to comply with the requirements

4   of her supervised release for over five years; and the prior

5   revocation of her probation.

6   B.   (X)  The defendant has not met her burden of establishing by

7        clear and convincing evidence that she is not likely to pose a

8        danger to the safety of any other person or the community if

9        released under 18 U.S.C. § 3142(b) or (c).  This finding is

10       based on her criminal history.

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending

13   the further revocation proceedings.

14

15   DATED: November 13, 2014

16                                    _____
                                         MARGARET A. NAGLE
17                                     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28                                         2